

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gilberto V. Gonzales,

Vs. No. 11-23-00151-CV

Donald R. Meek,

\* From the 142nd District Court
of Midland County,
Trial Court No. CV51436.

\* July 17, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Gilberto V. Gonzales.